No. 474. THOMAS F. HOLDEN, PETITIONER, v. THE UNITED

STATES. January 30, 1905. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. R. Ross Perry* and *Mr. R. Ross Perry, Jr.,* for petitioner. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondent.

---

